**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| DAMASO L. JOHNSTON, | Case No. 1:18-cv-864 |
| Plaintiff, | Cole, J. |
| | Bowman, M.J. |
| v. | |
| HAMILTON COUNTY JUSTICE CENTER, et al., | |
| Defendants. | |

**REPORT AND RECOMMENDATION**

On December 6, 2018, Plaintiff initiated this civil rights action against the Hamilton County Justice Center and Deputy M. Evers. Upon initial screening, the Court permitted only a single excessive force claim against Defendant Evers to proceed. (Docs. 12, 21, 35). On October 16, 2020, the undersigned filed a Report and Recommendation ("R&R") that recommends that Defendant's motion for summary judgment be granted, and that this case be dismissed and closed. (Doc. 64). Shortly before that R&R was filed, Plaintiff filed his third Writ of Habeas Corpus Motion seeking to reduce his sentence. (Doc. 63; *see also* Docs. 39, 44).

The undersigned previously filed both an Order and a Report and Recommendation denying Plaintiff's first two motions seeking essentially the same relief. (Docs. 43, 55). Plaintiff's third Motion/Writ of Habeas Corpus presents nothing new. In an effort to conserve judicial resources, the undersigned incorporates as if fully stated the analysis stated in the last R&R on this topic, which R&R remains pending. (*See* Doc. 55). In addition, because this is Plaintiff's third duplicative motion in a case in which summary

judgment to the Defendant has been recommended, all future motions will be summarily denied as moot by Order without further analysis.

Accordingly, it is **RECOMMENDED** that Plaintiff's Writ of Habeas Corpus Motion (Doc. 63) be **DENIED**.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DOMASO L. JOHNSTON,

    Plaintiff,

    vs.

HAMILTON COUNTY JUSTICE CENTER, et al.,

    Defendants.

Case No. 1:18-cv-864

Cole, J.
Bowman, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).